IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   05-cv-00501-RPM

CLARA RODRIGUEZ de CASTRON, individually and as representative of the Estate of
Rodolfo Castro Hurtado, Deceased, and as next friend of
RAFAEL CASTRO RODRIGUEZ, minor child,
CLARA LORENA CASTRO RODRIGUEZ, minor child,
EDITH CASTRO RODRIGUEZ, minor child, and on behalf of those entitled to recover
for the death of RODOLFO CASTRO HURTADO, Deceased,
FRANCISCO JAVIER CASTRO RODRIGUEZ and
ROCIO ALVARADO, individually and as next friends of MOISES CASTRO ALVARADO,
minor child,
BRENDA CASTRO RODRIGUEZ,
RODOLFO CASTRO RIOS,
EVANGELINA HURTADO CASTRO and
RICARDO SOTO QUINTANA,

       Plaintiffs,

v.

DAIMLERCHRYSLER CORPORATION,
COOPER TIRE & RUBBER COMPANY and
RENTAL CAR FINANCE CORP., c/o Thrifty,

       Defendants.
_____

ORDER FOR DISMISSAL OF COOPER TIRE & RUBBER COMPANY
_____

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #25-1), filed on April 27, 2006, it is

ORDERED that this case is dismissed with prejudice as to the defendant Cooper Tire & Rubber Company, the parties to bear their own costs and attorneys' fees.

DATED: April 28, 2006

                                           BY THE COURT:
                                           s/Richard P. Matsch

                                           _____
                                           Richard P. Matsch, Senior District Judge