IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-M-501

CLARA RODRIGUEZ de CASTRO, individually and as representative of the Estate of Rodolfo Castro Hurtado, Deceased, et al., and as next friend of RAFAEL CASTRO RODRIGUEZ, CLARA LORENA CASTRO RODRIGUEZ, AND EDITH CASTRO RODRIGUEZ, minor children;
FRANCISCO JAVIER CASTRO RODRIGUEZ and ROCIO ALVARADO, individually and as next friends of MOISES CASTRO ALVARADO, minor child;
BRENDA CASTRO RODRIGUEZ;
RODOLFO CASTRO RIOS;
EVANGELINA HURTADO CASTRO; and
RICARDO SOTO QUINTANA,

      Plaintiffs,

v.

DAIMLERCHRYSLER CORPORATION;
COOPER TIRE & RUBBER COMPANY; and
RENTAL CAR FINANCE CORP. c/o Thrifty,

      Defendants.

---

### ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS DAIMLERCHRYSLER CORPORATION AND RENTAL CAR FINANCE CORP. C/O THRIFTY

THIS MATTER, having come before the Court on the Stipulation for Dismissal with Prejudice of plaintiffs and defendants DaimlerChrysler Corporation and Rental Car Finance Corp. c/o Thrifty, the Court being fully apprised in the premises, and good cause appearing therefor;

IT IS HEREBY ORDERED that the above-captioned Complaint and Action is to be dismissed with prejudice as to defendants DaimlerChrysler Corporation and Rental Car Finance Corp., c/o thrifty, the parties each to pay their own costs and attorneys' fees.

DATED: May 2, 2006.

BY THE COURT:

*[signature]*

United States District Court Judge.